# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OSSIE LEE SLAUGHTER,<br><br>          Plaintiff,<br><br>v.<br><br>STEVE FLEENOR, et al.,<br><br>          Defendants. | NO: 4:17-CV-05128-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS,* DISMISSING ACTION FOR FAILURE TO PAY FILING FEE AND DENYING PENDING MOTIONS AS MOOT |

BEFORE THE COURT is Magistrate Judge Rodgers' Report and Recommendation to deny Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g), to dismiss this action for failure to pay the filing fee under 28 U.S.C. § 1914, and to deny all pending motions as moot, ECF No. 18. Plaintiff, a prisoner at the Clallam Bay Corrections Center, filed timely objections. ECF No. 20.

Plaintiff again challenges the finding that three or more of his prior actions or appeals were dismissed as frivolous, malicious, or for failure to state a claim upon

ORDER DISMISSING ACTION -- 1

which relief may be granted[1]. He asserts that cause number 2:11-cv-00430-LRS, *Slaughter v. Sinclair, et al.,* was improperly dismissed and that the judge was biased.

Plaintiff appealed that dismissal to the Ninth Circuit Court of Appeals, *see* 12-35686, and the appeal was found to be frivolous. When he did not pay the filing fee, the Mandate was issued and the appeal was dismissed on December 17, 2012. The decision of the Ninth Circuit Court of Appeals counted as a "strike." *See Richey v. Dahne*, 807 F.3d 1202, 1208 (9th Cir. 2015) (appellate court's denial of IFP because the appeal is frivolous counts as a "strike" even though the court does not dismiss the appeal until later, after appellant fails to pay the filing fee). Because Plaintiff availed himself of the opportunity to contest the dismissal of 2:11-cv-00430-LRS, he may not do so again in the present action.

The Honorable Lonny R. Suko denied Plaintiff leave to proceed *in forma pauperis* in cause number 4:16-cv-05109-LRS, *Slaughter v. Uttecht et al.* Plaintiff

---

[1] These "strikes" include: (1) 2:05-cv-01690-JCC, *Slaughter v. King County Jail, et al.,* dismissed for failure to state a claim; (2) 2:11-cv-00430-LRS, *Slaughter v. Sinclair, et al.,* dismissed for failure to state a claim; and (3) Ninth Circuit Court of Appeals cause number 12-35686, November 8, 2012, "We deny appellant's motion to proceed in forma pauperis because we also find the appeal is frivolous. *See* 28 U.S.C. § 1915(a)."

appealed that decision. On December 26, 2017, the Ninth Circuit Court of Appeals affirmed the decision, finding that Mr. Slaughter had filed three actions or appeals that qualified as "strikes." *See* 16-35947. The Mandate was issued on February 16, 2018.

Again, Plaintiff may not challenge the Ninth Circuit's decision here. Based on that decision, the Court rejects Plaintiff's assertion that he does not have at least three qualifying "strikes" under 28 U.S.C. § 1915(g).

An application of 28 U.S.C. § 1915(g) does not constitute an additional "strike" and cause number 4:16-cv-05109-LRS was not counted as a "strike" against Plaintiff. Rather, that case merely illustrated that Plaintiff had previously accumulated three "strikes" which the Ninth Circuit confirmed. Plaintiff's objections are unavailing.

Furthermore, Plaintiff's vague assertions of retaliation, manipulated housing assignments, vindictive placement in Intensive Management Units, transfers which separated him from his "evidence," *see* ECF No. 20 at 4, and even his assertion that he could have fallen down stairs, *id.,* at 7, do not make a plausible showing that Plaintiff was under imminent danger of serious physical injury when he submitted his complaint on August 23, 2017. *See Andrews v. Cervantes*, 493 F.3d 1047, 1055-56 (9th Cir. 2007) (discussing imminent danger exception to three-strikes rule). Therefore, Plaintiff may not proceed *in forma pauperis* in this action.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Report and Recommendation, ECF No. 18, is **ADOPTED in its entirety.**
2. The application to proceed *in forma pauperis,* ECF No. 2, is **DENIED**.
3. This action is **DISMISSED without prejudice** for failure to pay the filing fee as required by 28 U.S.C. § 1914.
4. All pending motions are **DENIED as moot.**
5. The Court certifies that any appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address, and **CLOSE** the file.

**DATED** March 29, 2018.



THOMAS O. RICE
Chief United States District Judge